FILED
2016 Jul-18  AM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| AMANDA ELLIS**,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Number: 2:16-cv-00970-JHE |
| BUSINESS INFORMATION GROUP, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

A notice of dismissal having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED**, costs taxed as paid.

**DONE** and **ORDERED** this 18th day of July 2016.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE